# EXHIBIT 2

| | |
|---|---|
| **Subject:** | FW: Correspondence |
| **Attachments:** | Kalshi Complaint.pdf |

**From:** Porter, Andrew
**Sent:** Friday, January 9, 2026 3:23 PM
**To:** 'Stephanie.S.Maxwell@tn.gov' <Stephanie.S.Maxwell@tn.gov>; 'Mary.Beth.Thomas@tn.gov' <Mary.Beth.Thomas@tn.gov>; 'jonathan.skrmetti@ag.tn.gov' <jonathan.skrmetti@ag.tn.gov>; 'Lacey.Mase@ag.tn.gov' <Lacey.Mase@ag.tn.gov>; 'billy@towerventures.com' <billy@towerventures.com>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Latham, Britt <blatham@bassberry.com>; Cooper, Robert E. <bob.cooper@bassberry.com>; Hunter, Courtney A. <courtney.hunter@bassberry.com>
**Subject:** Re: Correspondence

All,

On behalf of our client KalshiEx, LLC ("Kalshi"), please see the attached complaint, which was filed this afternoon in the United States District Court for the Middle District of Tennessee.

Kalshi intends to seek both a temporary restraining order, and a preliminary injunction, barring SWC and the Tennessee Attorney General from enforcing preempted state laws against Kalshi. To avoid burdening the Court and parties with unnecessary motion practice, please inform us as soon as possible, and in all circumstances prior to **12:00 p.m. on January 11, 2026**, if SWC and the Tennessee Attorney General will agree not to seek enforcement against Kalshi either while the newly-filed action is pending (avoiding the need for Kalshi to seek both a temporary restraining order and preliminary injunction), or while Kalshi's motion for a preliminary injunction is pending (avoiding the need for Kalshi to seek a temporary restraining order).

Additionally, please tell us who future correspondence on this matter should be directed to. If helpful, we are happy to arrange a call with the appropriate individuals to discuss.

Best,
Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com


**From:** Stephanie S. Maxwell <Stephanie.S.Maxwell@tn.gov>
**Date:** Friday, January 9, 2026 at 1:01 PM EST
**Subject:** Correspondence
**To:** <tarek@kalshi.com>
**Cc:** Mary Beth Thomas <Mary.Beth.Thomas@tn.gov>, Billy Orgel <billy@towerventures.com>, Jonathan Skrmetti <jonathan.skrmetti@ag.tn.gov>

On behalf of Mary Beth Thomas, please see attached correspondence.

Stephanie Maxwell

Deputy Director and General Counsel

Tennessee Sports Wagering Council

312 Rosa L Parks Ave., 8th Floor

Nashville, TN 37243

stephanie.s.maxwell@tn.gov

(615) 770-5431 (office)

(615) 476-3967 (cell)