# EXHIBIT 3

**Subject:** FW: Kalshi v. Orgel et al.

---

**From:** Michael N. Wennerlund <Michael.Wennerlund@ag.tn.gov>
**Sent:** Sunday, January 11, 2026 11:31:37 AM
**To:** Porter, Andrew <APorter@milbank.com>
**Cc:** Jonathan M. Shirley <Jonathan.Shirley@ag.tn.gov>; James P. Urban <James.Urban@ag.tn.gov>; Timothy Simonds <Timothy.Simonds@ag.tn.gov>; bob.cooper@bassberry.com <bob.cooper@bassberry.com>; Sterling, Josh <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Valente, Nicole <nvalente@milbank.com>; blatham@bassberry.com <blatham@bassberry.com>; courtney.hunter@bassberry.com <courtney.hunter@bassberry.com>
**Subject:** [EXT] Kalshi v. Orgel et al.

Good morning Andrew,

I am writing in response to your January 9th email requesting a stay of enforcement against Kalshi either (a) for the entire pendency of the case that was initiated by complaint last Friday (1/8), or (b) while your forthcoming motion for preliminary injunction is pending. We will not be staying enforcement pursuant to your request.

I will be lead counsel on this matter on behalf of the named defendants, but please copy all of the parties on this email who are part of my office on any future correspondence related to this matter, whether electronic or otherwise, directed at my office. Along those lines, please specify to whom our communications need to be directed in the future.

Should you have any additional requests at this time, please note that I will not be available for the next 5-6 hours, but should become available again late-afternoon, central standard time.

Regards,

**Michael N. Wennerlund** | Assistant Attorney General
Financial Division
Office of Tennessee Attorney General
500 Dr. Martin L. King Jr. Blvd.
Nashville, TN  37243
Mailing Address:
P.O. Box 20207, Nashville, TN 37202
Tele: (615) 741-8950
Michael.Wennerlund@ag.tn.gov



This email may contain PRIVILEGED and CONFIDENTIAL information. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this email is prohibited. If you have received this email in error, please delete it and immediately notify the sender