# EXHIBIT 5

| | |
|---|---|
| **From:** | Cooper, Robert E. |
| **Sent:** | Wednesday, December 31, 2025 11:12 AM |
| **To:** | lacey.mase@ag.tn.gov |
| **Subject:** | Kalshi Inc. |

Lacey – I am reaching out to you on behalf of Kalshi Inc., a web-based prediction market platform. Kalshi is aware of the enforcement issues raised by the Tennessee Sports Wagering Council in its letter earlier this year to the Commodity Futures Trading Commission and by the Tennessee Attorney General office's recent issuance of cease-and-desist letters to online sweepstakes casinos. Kalshi would appreciate an opportunity to open a line of communication with your office about these issues as they affect Kalshi. Would you be open to a call with Kalshi's national counsel? I appreciate your consideration of this request. Thanks, and best wishes for the new year. Bob

**BASS BERRY ✦ SIMS**

**Robert E. Cooper, Jr.**
Member

**Bass, Berry & Sims PLC**
21 Platform Way South, Suite 3500 • Nashville, TN 37203
615-742-7835 phone
bob.cooper@bassberry.com • www.bassberry.com
map

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**