# EXHIBIT 6

| From: | Lacey E. Mase <Lacey.Mase@ag.tn.gov> |
|---|---|
| Sent: | Tuesday, January 6, 2026 6:02 PM |
| To: | Cooper, Robert E. |
| Cc: | Austin Watkins |
| Subject: | RE: Kalshi |

Bob,

Happy new year! Appreciate your patience. I spent the last week of 2025 enjoying my family and out of the office.

Andy Cook from Orrick reached out with the same question on behalf of Kalshi about a month ago. As I told Andy, I don't have anything to share with Kalshi at this time. If circumstances change, we'll certainly be open to a call.

Have a great evening!

**Lacey E. Mase**
Chief Deputy Attorney General
Office of the Attorney General & Reporter
615-532-5983
lacey.mase@ag.tn.gov



**From:** Cooper, Robert E. <bob.cooper@bassberry.com>
**Sent:** Tuesday, January 6, 2026 4:50 PM
**To:** Lacey E. Mase <Lacey.Mase@ag.tn.gov>
**Subject:** Kalshi

Lacey,

I hope you had a good holiday season. I am writing to follow up on my voicemail last Tuesday and my follow-up email on Wednesday, December 31, concerning my client Kalshi. As you are probably aware, Kalshi is in litigation with a number of other states—including three cases that are in federal Courts of Appeal (3rd, 4th, 9th Circuits). It is our understanding that Tennessee may be contemplating a related action, and we would appreciate the opportunity to have a dialogue with the AG's Office before any litigation is filed. Alternatively, if the state is not considering bringing an action, we would appreciate confirmation of that. Kalshi has had productive discussions with authorities in a number of other states, several of which have opted to take a wait-and-see approach as the current litigation plays out. Please let us know your availability for a call.

Best regards,
Bob

**BASS BERRY + SIMS**

**Robert E. Cooper, Jr.**
Member

**Bass, Berry & Sims PLC**
21 Platform Way South, Suite 3500 • Nashville, TN 37203
615-742-7835 phone
bob.cooper@bassberry.com • www.bassberry.com
map


This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.