UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the executive director of the Tennessee Sports Wagering Council; TENNESSEE SPORTS WAGERING COUNCIL; and JONATHAN SKRMETTI in his official capacity as Attorney General of Tennessee<br><br>*Defendants*. | Case No.: 3:26-cv-00034<br><br>Judge: Aleta A. Trauger |

## TEMPORARY RESTRAINING ORDER

AND NOW, this 12th day of January, 2026, upon consideration of the declaration of Xavier Sottile, dated January 12, 2026, the affidavit of Nicole D. Valente, dated January 12, 2026, Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order and supporting memorandum, and the complaint (Dkt. 1), and having determined that:

1. Plaintiff is likely to succeed on the merits of its claims and its rights will likely be violated by Defendants through the enforcement of preempted state laws unless Defendants are restrained from enforcing Tenn. Code Ann. §§ 4-49-101, *et seq.* and Tenn Code Ann. §§ 39-17-501, *et seq.* against Plaintiff pending a hearing on Plaintiff's application for a preliminary injunction;

2. Plaintiff will suffer irreparable injury and loss if Defendants are permitted to enforce Tenn. Code Ann. §§ 4-49-101, *et seq.* or Tenn Code Ann. §§ 39-17-501, *et seq.* against Plaintiff pending a hearing on Plaintiff's application for a preliminary injunction;

3. Plaintiff has no adequate remedy at law; and,

4. The balance of equities favors granting Plaintiff's Motion.

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. Pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants are temporarily restrained from enforcing Tenn. Code Ann. §§ 4-49-101, *et seq.* and Tenn Code Ann. §§ 39-17-501, *et seq.* against Plaintiff.

2. A security in the amount of $500 be posted by the plaintiff prior to 5:00 p.m. on January 14, 2026.

3. A hearing on Plaintiff's request for Preliminary Injunction is scheduled for January 26, 2026 at 9:30 a.m.

IT IS SO ORDERED.

ISSUED this 12th day of January 2026 at 5:00 p.m.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE