IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KALSHIEX, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:26-cv-00034 |
| ) | |
| WILLIAM ORGEL, in his official capacity ) | District Judge Aleta A. Trauger |
| as the Chairman of the Tennessee Sports ) | |
| Wagering Council, ) | |
| ) | |
| MARY BETH THOMAS, in her official capacity ) | |
| as the Executive Director of the Tennessee ) | |
| Sports Wagering Council, ) | |
| ) | |
| TENNESSEE SPORTS WAGERING ) | |
| COUNCIL, and ) | |
| ) | |
| JONATHAN SKRMETTI, in his official ) | |
| capacity as the Tennessee Attorney General ) | |
| and Reporter, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, TO ALLOW PARTIES TO EXCEED PAGE-LIMIT RESTRICTIONS ESTABLISHED BY LOCAL RULE 7.01(a)(3) AND (4), AND FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules 6.01(a), 7.01(a), and 7.03(a), Plaintiff and Defendants hereby jointly move the Court for an order establishing a briefing schedule for Plaintiffs' Motion for Preliminary Injunction (Dkt. 6) as proposed below, granting leave for the parties to exceed the page-limit restrictions established by Local Rule 7.01(a)(3), and (4), and granting Defendants an extension of time to respond to the Complaint (Dkt.1).

On January 12, 2026, the Court entered a Temporary Restraining Order which set a hearing for Plaintiff's Motion for Preliminary Injunction but did not provide a briefing schedule to the parties.

Dkt. 22. Counsel for Plaintiff and Defendants have conferred, agreed, and propose the following briefing schedule for the parties:

- Defendants' Response to Plaintiff's Motion for Preliminary Injunction to be filed and served on or before January 20, 2026.
- Plaintiffs' Reply to Defendants' Response to be filed and served on or before January 23, 2026.

The parties have also conferred regarding the page limits in Local Rules 7.01(a)(3), and (a)(4) relating to Defendants' forthcoming response to Plaintiff's Motion for Preliminary Injunction and Plaintiffs' subsequent reply to Defendants' response, and jointly request that Defendants be granted leave to exceed the page limit for their Response to the Motion for Preliminary Injunction and that Plaintiff be granted leave to exceed the page limit for their Reply. Specifically, the parties jointly request that the page limit for Defendants' Response be thirty-five (35) pages, exclusive of the title page, certificate of service, signature lines, table of contents, exhibits, and table of authorities, and that the page limit for Plaintiffs' Reply be ten (10) pages, exclusive of the title page, certificate of service, signature lines, table of contents, exhibits, and table of authorities.

The Parties have additionally conferred and agree that Defendants shall have until 21 days after the entry of the Court's order on Plaintiff's Motion for Preliminary Injunction to file their response to the Complaint. The Parties further agree to meet and confer and submit a joint status report concerning a proposed case schedule ten (10) days after Defendants respond to the Complaint.

Due to the complex nature of the claims and issues raised in the lawsuit, including the issues raised in Plaintiffs' Motion for Preliminary Injunction, Plaintiff and Defendants agree that just cause exists for setting a schedule for the parties to file their respective briefs, granting them leave to exceed the page limits established by Local Rule 7.01(a)(3) and (a)(4), and to extend Defendants' time to respond to the Complaint.

## CONCLUSION

For these reasons, the parties respectfully request that the Court grant the parties the relief requested herein.

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

*/s/ Michael Wennerlund*
MICHAEL WENNERLUND (BPR# 31332)
JONATHAN SHIRLEY (BPR# 37738)
Office of the Tennessee Attorney General
Financial Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Michael.Wennerlund@ag.tn.gov
Jonathan.Shirley@ag.tn.gov
Telephone: (615) 741-8950
              (615) 741-3521

*Counsel for Defendants*

*/s/ Britt K. Latham* (with permission)
Britt K. Latham
Robert E. Cooper, Jr.
Courtney A. Hunter
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
blatham@bassberry.com
bob.cooper@bassberry.com
courtney.hunter@bassberry.com

Neal Katyal (*pro hac vice* pending)
Joshua B. Sterling (*pro hac vice* pending)
William E. Havemann (*pro hac vice* pending)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* pending)
Andrew L. Porter (*pro hac vice* pending)
Nicole D. Valente (*pro hac vice* pending)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's electronic filing system on the 14th day of January 2026, upon:

Britt K. Latham
Robert E. Cooper, Jr.
Courtney A. Hunter
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
blatham@bassberry.com
bob.cooper@bassberry.com
courtney.hunter@bassberry.com

Neal Katyal (*pro hac vice* pending)
Joshua B. Sterling (*pro hac vice* pending)
William E. Havemann (*pro hac vice* pending)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* pending)
Andrew L. Porter (*pro hac vice* pending)
Nicole D. Valente (*pro hac vice* pending)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

            /s/ *Michael Wennerlund*
            Michael Wennerlund (031332)