UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIV

| | |
|---|---|
| KALSHIEX LLC, *Plaintiff*, vs. WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the executive director of the Tennessee Sports Wagering Council; TENNESSEE SPORTS WAGERING COUNCIL; and JONATHAN SKRMETTI in his official capacity as Attorney General of Tennessee *Defendants*. | Case No.: 3:26-cv-00034 Judge: Aleta A. Trauger |

## ORDER

The Joint Motion to Establish Briefing Schedule for Plaintiff's Motion for Preliminary Injunction, to Allow Parties to Exceed Page Limit Restrictions Established by Local Rule 7.01(a)(3) and (4), and for Extension of Time to File Response to Complaint (Doc. No. 27) is GRANTED in all respects except for the date for the filing of the plaintiff's Reply Brief. The Reply Brief shall be filed by January 22, 2026, rather than January 23, 2026.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE