| | |
|---|---|
| KALSHIEX LLC,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the executive director of the Tennessee Sports Wagering Council; TENNESSEE SPORTS WAGERING COUNCIL; and JONATHAN SKRMETTI in his official capacity as Attorney General of Tennessee,<br><br>    *Defendant*s. | **Case No.: 3:26-cv-00034**<br><br>**Judge: Aleta A. Trauger** |

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Courtney A. Hunter of Bass, Berry & Sims PLC, 21 Platform Way South, Suite 3500, Nashville, TN 37203, will appear on behalf of Plaintiff KalshiEX LLC in this case.

Dated this 15th day of January, 2026.

Respectfully submitted,

/s/ Courtney A. Hunter
Courtney A. Hunter
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
courtney.hunter@bassberry.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Courtney A. Hunter
Courtney A. Hunter