IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KALSHIEX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:26-cv-34 |
| | ) Judge Trauger |
| WILLIAM ORGEL, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties have agreed, at the court's request, to reschedule the preliminary injunction hearing from January 26, 2026 to February 2, 2026 at 1:00 p.m. The Temporary Restraining Order (Doc. No. 22) shall remain in effect until that hearing.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT COURT