UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KALSHIEX LLC,

*Plaintiff*,

vs.

WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the executive director of the Tennessee Sports Wagering Council; TENNESSEE SPORTS WAGERING COUNCIL; and JONATHAN SKRMETTI in his official capacity as Attorney General of Tennessee,

*Defendant*s.

Case No.: 3:26-cv-00034

Judge: Aleta A. Trauger

**MOTION TO AMEND REPLY BRIEF DEADLINE**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules 6.01(a), and 7.01(a), Plaintiff moves the Court for an order amending Plaintiff's Reply Brief Deadline by two (2) business days. Plaintiff requests that the Court amend the Reply Brief Deadline to require that Plaintiff's Reply Brief be due on **Monday January 26, 2026,** rather than Thursday, January 22, 2026. Counsel for Defendants takes no position on amending the Reply Brief Deadline.

On January 14, 2026, the Parties filed a Joint Motion to Establish Briefing Schedule for the Plaintiff's Motion for Preliminary Injunction to Allow Parties to Exceed Page-Limit Restrictions Established by Local Rule 7.01(a)(3) and (4), and for Extension of Time to File Response to Complaint. This Joint Motion proposed a schedule that required Defendants to file and serve their Response to Plaintiff's Motion for Preliminary Injunction on or before January 20, 2026, and Plaintiff to file its Reply to Defendants' Response on or before January 23, 2026. The

Court granted the motion in all respects except for the date for filing Plaintiff's Reply Brief. Instead of requiring that Plaintiff file the Reply Brief by January 23, 2026, the Court's Order required that Plaintiff file its Reply Brief by January 22, 2026. At the time of this Order, the hearing on the preliminary injunction was to be held on January 26, 2026.

On January 20, 2026, the Court (noting the Parties' agreement) rescheduled the preliminary injunction hearing from January 26, 2026 to February 2, 2026. Given this additional time before the preliminary injunction hearing, Plaintiff requests two (2) additional business days to file and serve its Reply Brief on January 26, 2026.

Dated this 20th day of January, 2026.

Respectfully submitted,

/s/ Britt K. Latham
Britt K. Latham
Robert E. Cooper, Jr.
Courtney A. Hunter
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
blatham@bassberry.com
bob.cooper@bassberry.com
courtney.hunter@bassberry.com

and

Neal Katyal (admitted *pro hac vice*)
Joshua B. Sterling (admitted *pro hac vice*)
William E. Havemann (admitted *pro hac vice*)
**Milbank LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (admitted *pro hac vice)*
Andrew L. Porter (admitted *pro hac vice*)
Nicole D. Valente (admitted *pro hac vice*)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 20, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Britt K. Latham
Britt K. Latham