UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>WILLIAM ORGEL, in his official capacity as Chairman of the Tennessee Sports Wagering Council; MARY BETH THOMAS, in her official capacity as the executive director of the Tennessee Sports Wagering Council; TENNESSEE SPORTS WAGERING COUNCIL; and JONATHAN SKRMETTI in his official capacity as Attorney General of Tennessee<br><br>*Defendants*. | Case No.: 3:26-cv-00034 |

# DECLARATION OF NICOLE D. VALENTE

I, Nicole D. Valente, declare as follows:

1. I am a member of the law firm Milbank LLP, counsel to Plaintiff KalshiEX LLC ("Kalshi") in the above-captioned action and am fully familiar with the factual background of this matter, its procedural history, and the facts and circumstances set forth below.

2. I submit this declaration in support of Plaintiff's Reply in Support of its Motion for Preliminary Injunction.

3. Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of the September 19, 2024 oral argument on CFTC's motion to stay in *KalshiEX LLC v. CFTC*, No. 24-5205 (D.C. Cir.).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2026.

_____
Nicole D. Valente

## CERTIFICATE OF SERVICE

  I certify that on January 26, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                    */s/ Britt K. Latham*