IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KALSHIEX LLC,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:26-cv-00034 |
| | ) Judge Aleta A. Trauger |
| **WILLIAM ORGEL,** in his official capacity as Chairman of the Tennessee Sports Wagering Council; **MARY BETH THOMAS**, in her official capacity as the Executive Director of the Tennessee Sports Wagering Council; **TENNESSEE SPORTS WAGERING COUNCIL**; and **JONATHAN SKRMETTI**, in his official capacity as Attorney General of Tennessee, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff KalshiEX LLC's Motion for Preliminary Injunction (Doc. No. 6) is **GRANTED** as to the state-official defendants and **DENIED** as to the Tennessee Sports Wagering Council, which is **DISMISSED** from this case.

The plaintiff shall post a bond of $500,000.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge