**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| KALSHIEX LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:26-cv-34 |
| | ) | Judge Trauger |
| WILLIAM ORGEL, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER CONCERNING UPCOMING**
**<u>INITIAL CASE MANAGEMENT CONFERENCE</u>**

The initial case management conference in this case is scheduled for March 30, 2026 at 2:30 p.m.

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **<u>IN PERSON</u>**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **<u>LEAD COUNSEL</u>** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE