# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| KALSHIEX, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:26-cv-00034 |
| | ) | |
| WILLIAM ORGEL, in his official capacity | ) | District Judge Aleta A. Trauger |
| as the Chairman of the Tennessee Sports | ) | |
| Wagering Council, | ) | |
| | ) | |
| MARY BETH THOMAS, in her official capacity | ) | |
| as the Executive Director of the Tennessee | ) | |
| Sports Wagering Council, | ) | |
| | ) | |
| JONATHAN SKRMETTI, in his official | ) | |
| capacity as the Tennessee Attorney General | ) | |
| and Reporter, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Defendants William Orgel, Mary Beth Thomas, and Jonathan Skrmetti, all in their official capacities, give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from this Court's February 19, 2026 order, and accompanying memorandum opinion, granting in part Plaintiff's motion for a preliminary injunction.  *See* Order, D.E. 49; Mem. Op., D.E. 48.

Dated: March 20, 2026          Respectfully submitted,

/s/ *Aaron L. Bernard*
AARON L. BERNARD
*Assistant Solicitor General*

Office of the Tennessee
Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
B.P.R. No. 042585
(615) 532-3234
Aaron.Bernard@ag.tn.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's electronic filing system on the 20th day of March 2026, upon:

Britt K. Latham
Robert E. Cooper, Jr.
Courtney A. Hunter
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
blatham@bassberry.com
bob.cooper@bassberry.com
courtney.hunter@bassberry.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Nicole D. Valente (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

/s/ *Aaron L. Bernard*
AARON L. BERNARD (B.P.R. No. 042585)
*Assistant Solicitor General*

2