**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| KALSHIEX LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:26-cv-34 |
| | ) | Judge Trauger |
| WILLIAM ORGEL, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Given the filing of a Notice of Appeal (Doc. No. 54), it is hereby ORDERED that the initial

case management conference scheduled for March 30, 2026 is CONTINUED.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT COURT